JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 877 -- In re Companhia de Navegacao Lloyd Brasileiro Contract Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/01/25 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 - A-5), CERT. OF SVC. -- Filed by Companhia de Navegacao Lloyd Brasileiro -- SUGGESTED TRANSFEREE DISTRICT: S.D. NEW YORK -- SUGGESTED TRANSFEREE JUDGE: ? (received 1/24/91) |
| 91/02/05 | | APPEARANCE -- CHARLES S. DONOVAN, ESQ. for Intermodal Equipment Associates, Itel Containers International Corp., Triton Container International Limited (sg) |
| 91/02/06 | | APPEARANCE -- FRANCIS R. MATERA, ESQ. for Companhia De Navegacao Lloyd Brasileiro (sg) |
| 91/02/13 | 2 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE -- filed by Intermodal Equipment Asscoiates, Itel Containers International Corporation and Triton Container International Limited w/cert. of svc. -- **EXTENSION OF TIME GRANTED TO AND INCLUDING FEBRUARY 28, 1991** -- Notified involved counsel (ds) |
| 91/02/15 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on March 22, 1991 in Palm Springs, California (rh) |
| 91/02/28 | 3 | WITHDRAWAL OF MOTION -- (pldg. #1) Filed by plfts. Companhia De Navegacao Lloyd Brasileiro w/cert. of svc. (sg) |
| 91/03/05 | | ORDER DEEMING MOTION WITHDRAWN AND VACATING MARCH 22, 1991 HEARING -- Notified involved counsel, judges and clerks (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 877 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Companhia de Navegacao Lloyd Brasileiro Contract Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | March 5, 1991 | M/W | Unpublished | | | |

### Special Transferee Information

DATE CLOSED: March 5, 1991

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 877 -- In re Companhia de Navegacao Lloyd Brasileiro Contract Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Intermodal Equipment Associates v. Companhia de Navegacao LLoyd Brasileiro | Cal.,N. Peckam | C-90-3238-RFP (ARB) | | | | |
| A-2 | Itel Containers International Corporation, et al. v. Companhia de Navegacao Lloyd Brasileiro | Cal.,N. Legge | C-90-3442-CAL (ARB) | | | | |
| A-3 | Triton Container International Limited v. M/S Itapage, et al. | Fla.,M. Moore | 90-1082-CIV-J-16 | | | | |
| A-4 | Triton Container International Limited v. M/S Itaite, et al. | N.Y.,S. Stewart | 90 CIV. 7725 (CES) | | | | |
| A-5 | Itel Containers International Corporation v. Companhia de Navegacao, et al. | N.Y.,S. Stewart | 90 CIV. 8191 (CES) | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 877 -- In re Companhia de Navegacao Lloyd Brasileiro Contract Litigation

---

INTERMODAL EQUIPMENT ASSOCIATES (A-1)
ITEL CONTAINERS INTERNATIONAL. CORP.
  (A-2) & (A-5)
TRITON CONTAINER INTERNATIONAL LIMITED
(A-3) & (A-4)

Charles S. Donovan, Esq.
Ronald S. Bushner, Esq.
Walsh, Donovan, Lindh & Keech
595 Market Street
Suite 2000
San Francisco, California 94105

COMPANHIA DE NAVEGACAO LLOYD BRASILEIRO

Francis R. Matera
Crowell, Rouse & Matera
111 Broadway
New York, New York

M/S ITAPAGE
Unable to Determine Counsel or Address

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 877 -- In re Companhia de Navegacao Lloyd Brasileiro Contract Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Companhia De Navegacao Lloyd Brasileiro | A-1, A-2, A-3, A-4, A-5 |
| M/S Itapage | A-3, A-4, A-5 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

p. 1