JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAR -5 1991

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 877

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE COMPANHIA DE NAVEGACAO LLOYD BRASILEIRO CONTRACT LITIGATION

ORDER DEEMING MOTION WITHDRAWN
AND
VACATING MARCH 22, 1991 HEARING

This matter is before the Panel on a motion by Companhia De Navegacao Lloyd Brasileiro to transfer the actions listed on the attached Schedule A, pursuant to 28 U.S.C. §1407, for coordinated or consolidated pretrial proceedings. Movant now seeks to withdraw its Section 1407 motion on the grounds that the parties have stipulated to consolidation of the proceedings or have otherwise made arrangements satisfactory to each of them.

IT IS THEREFORE ORDERED that the motion filed by Companhia De Navegacao Lloyd Brasileiro be, and the same hereby is, DEEMED WITHDRAWN.

IT IS FURTHER ORDERED that the Hearing Order and attached Schedule of Matters filed on February 15, 1991, as amended on February 21, 1991, be, and the same hereby are, VACATED insofar as they relate to the above-referenced litigation.

FOR THE PANEL:

John F. Nangle
Chairman

Schedule A

MDL-877 -- In re Companhia De Navegacao Lloyd Brasileiro Contract Litigation

### Northern District of California

Intermodal Equipment Associates v. Companhia de Navegacao Lloyd Brasilerio, C.A. No. C90-3238-RFP(ARB)
Itel Containers International Corporation, et al. v. Companhia de Navegacao Lloyd Brasilerio, C.A. No. C90-3442-CAL(ARB)

### Middle District of Florida

Triton Container International Limited v. M/S Itaite, et al., C.A. No. 90-1082-J-Civ-16

### Southern District of New York

Triton Container International Limited v. M/S Itaite, et al., C.A. No. 90 Civ 7725(CES)
Itel Containers International Corporation v. Companhia de Navegacao, et al., C.A. No. 90 Civ 8191(CES)